Per Curiam.

---

The People of the State of Illinois, defendant in error, v. John J. Johnson, plaintiff in error. Gen. No. 27,452.

Prosecution for keeping intoxicating liquor for sale in violation of Illinois Prohibition Act. Defendant found guilty and fined $500

and costs. Error to the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed. Opinion filed April 11, 1923.

Isaac Landsberg, for plaintiff in error. Robert E. Crowe, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.